1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  PEGGY SASSO, Bar #228906
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  SAMUEL JOSEPH GUEYDAN

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,          )   NO. 1:12-cr-0402 AWI-BAM
                                       )
11                    Plaintiff,       )   WAIVER OF DEFENDANT'S PERSONAL
                                       )   PRESENCE;  ORDER THEREON
12            v.                       )
                                       )
13  SAMUEL JOSEPH GUEYDAN,             )
                                       )
14                    Defendant.       )
                                       )
15  _____      )

16

17        Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Samuel Joseph Gueydan, having been advised of

18  his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his

19  absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that his

20  interests shall be represented at all times by the presence of his attorney, the Office of the Federal

21  Defender for the Eastern District of California, the same as if Defendant were personally present, and

22  requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further

23  agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to

24  the Defendant of the requirement of his appearance at said time and place.

25  ///

26  ///

27  ///

28  ///

DATED: December 20, 2012          /s/ Samuel Joseph Gueydan
                                  SAMUEL JOSEPH GUEYDAN


DATED: December 20, 2012          /s/ Peggy Sasso
                                  PEGGY SASSO
                                  Assistant Federal Defender
                                  Attorney for Samuel Joseph Gueydan


# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

**Dated:   December 20, 2012**          /s/ **Barbara A. McAuliffe**
                                        UNITED STATES MAGISTRATE JUDGE