1  JOSEPH SCHLESINGER, #87692
   Acting Federal Defender
2  PEGGY SASSO, CA Bar #228906
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  SAMUEL JOSEPH GUEYDAN III

7
                  IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11 UNITED STATES OF AMERICA,            )   No. 1:12-cr-0402 AWI / BAM
                                         )
12              Plaintiff,               )   STIPULATION TO CONTINUE SECOND
                                         )   STATUS CONFERENCE ;
13      v.                               )   ORDER
                                         )
14 SAMUEL JOSEPH GUEYDAN III,            )
                                         )   Date:  May 13, 2013
15              Defendant.               )   Time:  1:00 p.m.
                                         )   Judge: Hon. Barbara A. McAuliffe
16 _____ )

17

18      **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel,

19 Assistant United States Attorney Brian Enos, Counsel for Plaintiff, and Assistant Federal Defender Peggy

20 Sasso, Counsel for Defendant Samuel Joseph Gueydan III, that the hearing currently set for April 22, 2013

21 at 1:00 p.m. before Judge McAuliffe, **may be rescheduled to May 13, 2013 at 1:00 p.m.**

22      The government has provided a plea agreement on this case.  The requested continuance is

23 necessary to allow time for plea discussions.  The requested continuance will conserve time and resources

24 for both counsel and the court.

25 ///

26 ///

27 ///

28 ///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: March 25, 2013                        /s/ Brian Enos
                                        BRIAN ENOS
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

                                        JOSEPH SCHLESINGER
                                        Acting Federal Defender

Dated: March 25, 2013                        /s/ Peggy Sasso
                                        PEGGY SASSO
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        SAMUEL JOSEPH GUEYDAN III

**ORDER**

    IT IS SO ORDERED.

**Dated:**   **March 25, 2013**                   **/s/ Barbara A. McAuliffe**
                                        UNITED STATES MAGISTRATE JUDGE