1   HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2   PEGGY SASSO, Bar #228906
Assistant Federal Defender
3   Designated Counsel for Service
2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
Telephone: (559) 487-5561
5
Attorney for Defendant
6   SAMUEL JOSEPH GUEYDAN

7

8                 IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11   UNITED STATES OF AMERICA, | ) | No. 1:12-cr-0402 AWI / BAM |
| 12            *Plaintiff,* | )<br>)<br>) | STIPULATION TO CONTINUE SECOND<br>STATUS CONFERENCE; CHANGE OF PLEA |
| 13      v. | )<br>) | ORDER |
| 14   SAMUEL JOSEPH GUEYDAN, | )<br>) | Date:  July 8, 2013 |
| 15            *Defendant.* | )<br>) | Time:  1:00 p.m.<br>Judge: Hon. Anthony W. Ishii |
| 16   _____ | ) | |

17

18       **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel,

19   Assistant United States Attorney Brian W. Enos, Counsel for Plaintiff, and Assistant Federal Defender

20   Peggy Sasso, Counsel for Defendant Samuel Joseph Gueydan, that the hearing currently set for June 10,

21   2013 at 1:00 p.m. before Judge McAuliffe, **may be rescheduled to July 8, 2013 at 10:00 a.m. for**

22   **change of plea before Judge Ishii.**

23       It is expected that this case will be resolved through negotiation. The requested continuance will

24   conserve time and resources for both counsel and the court.

25   The parties agree that the delay resulting from the continuance shall be excluded in the interests of

26   justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

27   3161(h)(7)(B)(ii) and (iv) because the ends of justice served in granting such continuance outweigh the

28   best interests of the public and the defendant in a speedy trial.

1     BENJAMIN B. WAGNER
      United States Attorney
2

3   Dated: June 5, 2013                    /s/ Brian W. Enos
                                           BRIAN W. ENOS
4                                          Assistant United States Attorney
                                           Attorney for Plaintiff
5

6                                          HEATHER E. WILLIAMS
                                           Federal Defender
7

8   Dated: June 5, 2013                    /s/ Peggy Sasso
                                           PEGGY SASSO
9                                          Assistant Federal Defender
                                           Attorney for Defendant
10                                         SAMUEL JOSEPH GUEYDAN

11

12

13

14

15

16                              **ORDER**

17

18    IT IS SO ORDERED.

19

20   Dated:    June 5, 2013
                                           _____
21                                         SENIOR  DISTRICT  JUDGE

22

23

24

25

26

27

28   Gueydan:  Stipulation to Continue Status Conference;
     Change of Plea Hearing; [Proposed] Order