BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant U.S. Attorney
4401 Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for
   the United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12-CR-00402-AWI-BAM |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| SAMUEL JOSEPH GUEYDAN III, | |
| Defendant. | |

Based upon the plea agreement entered into between United States of America and defendant Samuel Joseph Gueydan III, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, defendant Samuel Joseph Gueydan III's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Seagate External Hard Drive encased with Futura brand hard drive cover, seized from defendant by law enforcement on or about November 1, 2012;

   b. Maxtor Internal Hard Drive, seized from defendant by law enforcement on or about November 1, 2012;

   c. Seagate FreeAgent external hard drive, seized from defendant by law enforcement on or about November 1, 2012; and

        d. Computers, compact discs, hard drives, or other storage devices containing visual depictions of minors engaged in sexually explicit conduct and seized from defendant by law enforcement on or about November 1, 2012.

    2.   The above-listed assets constitute property containing visual depictions mailed, shipped, or transported in violation of 18 U.S.C. § 2252(a)(2).

    3.   Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Department of Homeland Security, Customs and Border Protection in its secure custody and control.

    4.   a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site [www.forfeiture.gov](http://www.forfeiture.gov). The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

        b. This notice shall state that any person, other than the defendants, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5.   If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.

IT IS SO ORDERED.

Dated:   July 19, 2013            _____
                                  SENIOR DISTRICT JUDGE