HEATHER E. WILLIAMS, Bar #122664
Federal Defender
KARA R. OTTERVANGER, CA Bar #354424
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Kara_Ottervanger@fd.org

Counsel for Defendant
SAMUEL JOSEPH GUEYDAN III

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL JOSEPH GUEYDAN III,<br><br>Defendant. | CASE NO. 1:12-CR-402-JLT<br><br>STIPULATION AND ORDER REGARDING CONTINUANCE<br><br>DATE: January 17, 2025<br>TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

Defendant Samuel J. Gueydan, III, by and through counsel of record, Assistant Federal Defender Kara R. Ottervanger, and Plaintiff United States of America, by and through its counsel of record, Arelis Clemente, hereby stipulate as follows:

This case is set for status conference on January 17, 2025. Defendant now moves to continue the status conference until February 12, 2025. No exclusion of time is necessary as this matter concerns a supervision violation petition. The parties agree that, because there may be additional discovery forthcoming from U.S. Probation, and because the parties have not had an opportunity to discuss a potential resolution with U.S. Probation Officer Chhoeuth Bou due to holiday leave, more time is needed to do so. Officer Bou does not object to this continuance.

IT IS SO STIPULATED.

STIPULATION TO CONTINUE STATUS CONFERENCE

1

Dated: January 13, 2025

PHILLIP A. TALBERT
United States Attorney

*/s/ Arelis Clemente*
Arelis Clemente
Assistant United States Attorney

HEATHER E. WILLIAMS
Federal Defender

Dated: January 13, 2025

*/s/ Kara R. Ottervanger*
Kara R. Ottervanger
Counsel for Defendant
SAMUEL J. GUEYDAN III

## ORDER

IT IS SO ORDERED that the status conference currently scheduled for January 17, 2025, is continued to January 31, 2025, at 2:00 p.m. before the Honorable Judge Barbara A. McAuliffe.

IT IS SO ORDERED

Dated: January 14, 2025

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE STATUS CONFERENCE

2