HEATHER E. WILLIAMS, Bar #122664
Federal Defender
KARA R. OTTERVANGER, CA Bar #354424
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Kara_Ottervanger@fd.org

Counsel for Defendant
SAMUEL JOSEPH GUEYDAN III

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL JOSEPH GUEYDAN III,<br><br>Defendant. | CASE NO. 1:12-CR-402-JLT<br><br>STIPULATION AND ORDER REGARDING CONTINUANCE OF STATUS CONFERENCE<br><br>DATE: February 12, 2025<br>TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

Defendant Samuel J. Gueydan, III, by and through counsel of record, Assistant Federal Defender Kara R. Ottervanger, and Plaintiff United States of America, by and through its counsel of record, Arelis Clemente, hereby stipulate as follows:

This case is set for status conference on February 12, 2025. Defendant now moves to continue the status conference until March 5, 2025. No exclusion of time is necessary as this matter concerns a supervision violation petition. The parties agree that, because of additional discovery produced by U.S. Probation, the parties need more time to determine the best way to resolve the case. Probation Officer Chhoeuth Bou does not object to this continuance.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: February 7, 2025 | MICHELLE BECKWITH<br>Acting United States Attorney<br><br>/s/ Arelis Clemente<br>Arelis Clemente<br>Assistant United States Attorney<br><br>HEATHER E. WILLIAMS<br>Federal Defender |
| Dated: February 7, 2025 | /s/ Kara R. Ottervanger<br>Kara R. Ottervanger<br>Counsel for Defendant<br>SAMUEL J. GUEYDAN III |

## ORDER

IT IS SO ORDERED that the status conference currently scheduled for February 12, 2025, is continued to March 5, 2025, at 2:00 p.m. before the Duty Magistrate Judge.

IT IS SO ORDERED

Dated: February 10, 2025

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE