MICHELE BECKWITH
Acting United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00402-JLT-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION REGARDING CONTINUANCE; ORDER |
| SAMUEL JOSEPH GUEYDAN III, | DATE: March 19, 2025 |
| Defendant. | TIME: 2:00 p.m. |
| | COURT: Hon. Erica P. Grosjean |

Defendant Samuel J. Gueydan, III, by and through counsel of record, Assistant Federal Defender Kara R. Ottervanger, and Plaintiff United States of America, by and through its counsel of record, Arelis Clemente, hereby stipulate as follows:

This case is set for status conference on March 19, 2025. The parties now move to continue the status conference until April 2, 2025. The parties need more time to determine the best way to resolve the case.

IT IS SO STIPULATED.

Dated: March 17, 2025          MICHELLE BECKWITH
                               Acting United States Attorney


                               */s/ Arelis Clemente*
                               Arelis Clemente
                               Assistant United States Attorney

STIPULATION TO CONTINUE STATUS CONFERENCE                    1

Dated:  March 17, 2025

*/s/ Kara R. Ottervanger*
Kara R. Ottervanger
Counsel for Defendant
SAMUEL J. GUEYDAN III

## ORDER

IT IS SO ORDERED that the status conference currently scheduled for March 19, 2025, is continued to April 2, 2025, at 2:00 p.m. before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated: **March 18, 2025**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE