1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  KARA R. OTTERVANGER, CA Bar #354424
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5  Kara_Ottervanger@fd.org

6  Counsel for Defendant
   SAMUEL JOSEPH GUEYDAN III
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,              CASE NO.  1:12-CR-402-JLT
12
                    Plaintiff,
13                                         STIPULATION AND ORDER RE CONTINUANCE
        v.
14                                         DATE: April 2, 2025
   SAMUEL JOSEPH GUEYDAN III,              TIME: 2:00 p.m.
15                                         COURT: Hon. Sheila K. Oberto
                    Defendant.
16

17        Defendant Samuel J. Gueydan, III, by and through counsel of record, Assistant Federal Defender

18  Kara R. Ottervanger, and Plaintiff United States of America, by and through its counsel of record, Arelis

19  Clemente, hereby stipulate as follows:

20        This case is set for status conference on April 2, 2025.  Defendant now moves to continue the

21  status conference until April 16, 2025. No exclusion of time is necessary as this matter concerns a

22  supervision violation petition. The parties agree that more time is needed for defense counsel to review

23  certain protected evidence and continue to negotiate on the resolution that the parties are discussing.

24        IT IS SO STIPULATED.

25

26

27

28

STIPULATION TO CONTINUE STATUS                    1
CONFERENCE

Dated:  March 28, 2025

MICHELLE BECKWITH
Acting United States Attorney


*/s/ Arelis Clemente*
Arelis Clemente
Assistant United States Attorney


HEATHER E. WILLIAMS
Federal Defender

Dated:  March 28, 2025

*/s/ Kara R. Ottervanger*
Kara R. Ottervanger
Counsel for Defendant
SAMUEL J. GUEYDAN III


## ORDER

IT IS SO ORDERED that the status conference currently scheduled for April 2, 2025, is continued to April 16, 2025 at 2:00 p.m. before the United States Magistrate Judge Erica P. Grosjean.

IT IS SO ORDERED


Dated:      3/31/2025

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE


STIPULATION TO CONTINUE STATUS
CONFERENCE

2