HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
KARA R. OTTERVANGER, CA Bar #354424
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Kara_Ottervanger@fd.org

Counsel for Defendant
SAMUEL JOSEPH GUEYDAN III

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL JOSEPH GUEYDAN III,<br><br>Defendant. | CASE NO. 1:12-CR-402-JLT<br><br>STIPULATION TO CONVERT STATUS TO ADMISSION HEARING; ORDER<br><br>DATE: April 16, 2025<br>TIME: 2:00 p.m.<br>COURT: Hon. Erica P. Grosjean |

Defendant Samuel J. Gueydan, III, by and through counsel of record, Assistant Federal Defender Kara R. Ottervanger, and Plaintiff United States of America, by and through its counsel of record, Arelis Clemente, hereby stipulate as follows:

This case is set for status conference on April 16, 2025. Defendant now moves to convert the status conference to an admission hearing. No exclusion of time is necessary as this matter concerns a supervision violation petition.

IT IS SO STIPULATED.

STIPULATION TO CONVERT STATUS
CONFERENCE TO ADMISSION

1

| | |
|---|---|
| Dated: April 8, 2025 | MICHELLE BECKWITH<br>Acting United States Attorney |
| | |
| | */s/ Arelis Clemente*<br>Arelis Clemente<br>Assistant United States Attorney |
| | |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated: April 8, 2025 | */s/ Kara R. Ottervanger*<br>Kara R. Ottervanger<br>Counsel for Defendant<br>SAMUEL J. GUEYDAN III |

### ORDER

IT IS SO ORDERED that the status conference currently scheduled for April 16, 2025, is converted to an admission hearing.

IT IS SO ORDERED

Dated: April 9, 2025

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONVERT STATUS
CONFERENCE TO ADMISSION

2